

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2024
```

September 6, 2024

**VIA EMAIL**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED. The change of plea hearing is rescheduled to September 16, 2024 at 1:00 p.m.

Dated: September 9, 2024
         New York, New York

**SO ORDERED.**

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**

Re:  *United States v. Paul Roberts, 24 Cr. ___ (JLR)*

Dear Judge Rochon:

On behalf of my client, Paul Roberts, I respectfully submit this letter to request that the plea proceeding currently scheduled for Tuesday, September 10, 2024, at 1:00pm be moved to Monday, September 16, 2024, at 1:00pm. The government consents to this request. We have discussed the new date with Your Honor's deputy, and we understand that it is acceptable to Court. As the case has not yet been filed, there are no Speedy Trial issues for the Court to address in connection with this request.

Sincerely,

*/s/ Christian R. Everdell*
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 957-7600
ceverdell@cohengresser.com