

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

November 15, 2024

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

   **Re:  *United States v. Paul Roberts*, 24 Cr. 547 (JLR)**

Dear Judge Rochon:

  On behalf of my client, Paul Roberts, I respectfully submit this letter to request a brief adjournment of Mr. Roberts' sentencing date, which is currently scheduled for December 18, 2024, at 11:30 a.m., until the last week of January 2025. The requested adjournment would allow the sentencing to take place after the holidays and give the defense additional time needed to prepare its sentencing submission. At Mr. Roberts' plea proceeding on September 16, 2024, the Court graciously indicated that it would grant such an adjournment at the defendant's request. (Tr. 32-33). This is Mr. Roberts' first request for an adjournment. The Government has no objection to this request.

Letter Motion GRANTED. The sentencing is adjourned from December 18, 2024 to **January 30, 2025 at 10:30 a.m.** Sentencing submissions shall be filed in accordance with the Court's criminal rules.

Dated: November 15, 2024
    New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Sincerely,

 */s/ Christian R. Everdell*
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 957-7600
ceverdell@cohengresser.com

#2553922.1