

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 30, 2024

**VIA ECF AND EMAIL**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
New York, New York 10007

Request GRANTED.  Sentencing in this case is hereby adjourned from January 30, 2025, to March 20, 2025, at 10:00 a.m.

Dated: January 2, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Re:   *United States v. Roberts*, 24 Cr. 547 (JLR)

Dear Judge Rochon:

    The Government writes, on behalf of the parties, to respectfully request that the Court adjourn sentencing in this case from January 30, 2025, to a date and time convenient for the Court during the week of March 10, 2025, or March 17, 2025. The undersigned is scheduled to appear for oral argument before the United States Court of Appeals for the Second Circuit on January 30, 2025. The Government understands from defense counsel that adjourning sentencing would also be preferable for the defense. The parties have conferred and are available, at the Court's convenience, during the week of March 10, 2025, or March 17, 2025.

                              Respectfully submitted,

                              EDWARD Y. KIM
                              Acting United States Attorney
                              for the Southern District of New York

by: *Justin Rodriguez*
     Justin V. Rodriguez
     Assistant United States Attorney
     (212) 637-2591

Cc:   Defense Counsel (via ECF)